**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

CLOSED,APPEAL,DJI,IFP,NPROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:24-cv-00983-EK-LB

| | |
|---|---|
| Trisvan v. Hochul et al | Date Filed: 02/06/2024 |
| Assigned to: Judge Eric R. Komitee | Date Terminated: 09/06/2024 |
| Referred to: Magistrate Judge Lois Bloom | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**John Trisvan**　　represented by　**John Trisvan**
378 Monroe Street
Brooklyn, NY 11221
PRO SE

V.

**Defendant**

**Kathy Hochul**

**Defendant**

**Eric Adams**

**Defendant**

**Leticia James**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2024 | 1 | COMPLAINT against Eric Adams, Kathy Hochul, Leticia James, filed by John Trisvan. (Attachments: # 1 Civil Cover Sheet) (KD) (Entered: 02/08/2024) |
| 02/07/2024 | 2 | NOTICE OF DEFICIENT FILING, litigant notified of deficiency(s) that **must be corrected within fourteen (14) days**. c/m JD 02/08/2024 (KD) (Entered: 02/08/2024) |
| 02/08/2024 | 3 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the |

| | | |
|---|---|---|
| | | consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (KD) (Entered: 02/08/2024) |
| 02/09/2024 | 4 | MOTION for Leave to Proceed in forma pauperis by John Trisvan. (ENE) (Entered: 02/12/2024) |
| 08/14/2024 | 5 | **MEMORANDUM & ORDER:** Accordingly, the complaint, filed in forma pauperis, is dismissed for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B). The Court declines to allow Trisvan leave to amend as it would be futile. *Grullon v. County of New Haven*, 720 F.3d 133, 140 (2d Cir. 2013). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Furthermore, the Court takes the opportunity here to warn the plaintiff that if he persists in filing frivolous or vexatious actions, the Court may enter an order barring the filing of any future *in forma pauperis* complaint without prior leave of the Court. The Clerk of Court is respectfully directed to mail a copy of this Memorandum and Order to Trisvan, to note the mailing on the docket, and to close the case. Ordered by Judge Eric R. Komitee on 8/14/2024. (PMC) (Entered: 08/14/2024) |
| 08/16/2024 | | NOTICE Copy of Documents Mailed: On August 15, 2024, a copy of the Memorandum and Order was mailed to John Trisvan at 378 Monroe Street, Brooklyn, NY 11221. (APJ) (Entered: 08/16/2024) |
| 08/28/2024 | 6 | NOTICE OF APPEAL as to 5 Order on Motion for Leave to Proceed in forma pauperis, by John Trisvan. (VJ) (Entered: 08/29/2024) |
| 08/28/2024 | 7 | MOTION for Leave to Appeal in forma pauperis *Notice of Appeal* by John Trisvan. (VJ) (Entered: 08/29/2024) |
| 08/29/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 6 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 08/29/2024) |
| 09/04/2024 | | ORDER denying 7 Motion for Leave to Appeal in forma pauperis. Ordered by Judge Eric R. Komitee on 9/4/2024. (PMC) (Entered: 09/04/2024) |
| 09/06/2024 | 8 | CLERK'S JUDGMENT: that the complaint is dismissed for failure to state a claim, 28 U.S.C. § 1915(e)(2)(B); that the court declines to allow Trisvan leave to amend as it would be futile, Grullon v. County of New Haven, 720 F.3d 133, 140 (2d Cir. 2013); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; that in forma pauperis status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 9/6/2024. (copy of appeals packet and judgment mailed to pro se). (JP) (Entered: 09/06/2024) |